# EXHIBIT 1

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

JANET GRILLO :
3303 Winterbourne Drive
Upper Marlboro, Maryland 20774 :

              Plaintiff :

v. : Case No.: C-16 CV-23-000615

MGM NATIONAL HARBOR, LLC :
Serve: CSC-Laywers Incorporating Service
Company :
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202 :

              Defendant :

## COMPLAINT

Plaintiff, Janet Grillo, by her attorney, Robert J. Farley, hereby files suit against the Defendant, MGM National Harbor, LLC, and for reasons, states as follows:

### INTRODUCTION

1. On or about April 23, 2021, Plaintiff, Janet Grillo, Plaintiff was a business invitee at the Defendant's place of business located in Oxon Hill, Maryland.

2. Plaintiff walked out of one of Defendant's elevators at or near parking level three, and upon alighting from said elevator slipped and fell on a dangerous slippery, wet substance. At the same time and place an MGM employee with a trash can was in the immediate vicinity at or near the location of Plaintiff's slip and fall just prior to it.

3. At all times relevant herein, the Plaintiff, Janet Grillo, was exercising due care, and was free of negligence.

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
(301) 627-8700

## COUNT I

4. Plaintiff, Janet Grillo, realleges the facts and allegations set forth in the Introduction, and further states as follows:

5. The negligence of the Defendant, MGM National Harbor, LLC, was the proximate cause of the accident in that said Defendant didn't disclose maintenance was being done, didn't put down any slippery floor signs, and was otherwise careless and negligent, thereby causing harm to the Plaintiff.

6. As a result of the known dangerous, slippery and wet condition at the site of the slip and fall, known to and/or created by an agent, servant and /or employee of Defendant, Plaintiff suffered broken bones, great pain and permanent injury, mental anguish, and has incurred and in the future will incur further medical expenses.

WHEREFORE, Plaintiff, Janet Grillo, demands judgment against said Defendant in a sum over and above Seventy-Five Thousand Dollars ($75,000.00).

THE JAKLITSCH LAW GROUP

Robert J. Farley
CPF#: 8512010175
Attorney for Plaintiff
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
bob@thejaklitschlawgroup.com          /bkb

## DEMAND FOR JURY TRIAL

Plaintiff demands Trial by Jury on all issues herein.

_____
Robert J. Farley                                    /bkb

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700